O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWTON SUAREZ,<br><br>               Petitioner,<br><br>     v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>               Respondent. | Case No. LA CV 14-2627 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: 5/29/15     _____

                                       HON. PHILIP S. GUTIERREZ<br>
                                  UNITED STATES DISTRICT JUDGE